**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

BOBBY GIRIFALCO, individually and on behalf of all others similarly situated

v.

REBUILT BROKERAGE LLC

Case No. 3:26-cv-01318

Judge Aleta A. Trauger

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Andrew Roman Perrong hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Bobby Girifalco.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: USDC E.D. Pa.

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

I was charged with the misdemeanor offense of criminal speeding in Virginia while in law school. This was later reduced to a simple speeding ticket at trial.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

M. Todd Sandahl, #19167 Attorney at Law
234 First Avenue South Franklin, Tennessee 37064
(615) 794-3450 Fax: (615) 794-3510
tsandahl@mtslaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Andrew Roman Perrong Signature

Name: Andrew Roman Perrong

State where admitted and State Bar Number: PA 333687

Business Address: 1669 Edgewood Road, Suite 218, Yardley, PA 19067

Local Address [if different from above]:

Phone: 215-225-5529

Email: a@perronglaw.com

**CERTIFICATE OF SERVICE**

I, M. Todd Sandahl, hereby certify that the foregoing was served by filing a copy of the same using the ECF system on October 7, 2026, which will automatically notify all counsel of record on this case.

s/M. Todd Sandahl

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.